Argued and submitted October 15, affirmed as modified November 17, 1980

STATE ex rel MUSE,
nka Diehl,
*Appellant,*
*v.*
MORAN,
*Respondent.*

(No. 370-024, CA 17405)

618 P2d 1320

■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■

■■■■■■■■■■■■■■■

Karen H. Green, Assistant Attorney General, Salem, argued the cause for appellant. With her on the brief were James M. Brown, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Louise Jayne, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Warden and Warren, Judges.

PER CURIAM

■■■■■■■■■■■

**PER CURIAM**

Appellant contends that the $100 per month respondent has been ordered to pay for the support of his eight-year-old child is insufficient and seeks an award of $350 per month. Under all the circumstances, which we see no necessity for detailing here, *see Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973), we conclude that $150 per month is an appropriate amount of monthly child support to be paid by respondent father in addition to the premiums of $35 per month for insurance for the benefit of the child.

Affirmed as modified.